UNITED STATES DISTRICT COURT

IN AND FOR THE STATE OF COLORADO

| | | |
|---|---|---|
| **KEEGAN NACE** | * | CIVIL ACTION NO. |
| | * | |
| - VERSUS - | * | JUDGE |
| | * | |
| **MARINE DIVING SOLUTIONS, LLC** | * | MAGISTRATE |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**COMPLAINT**

**NOW INTO COURT**, through undersigned counsel comes Plaintiff, **KEEGAN NACE**, who files his Complaint against **MARINE DIVING SOLUTIONS, LLC** for personal injury damages, payment of maintenance and cure benefits, and, in support thereof, would show unto the Court the following:

**JURISDICTION & VENUE**

**I.**

Jurisdiction of this Honorable Court is based on the Jones Act (46 U.S.C. § 30104, *et. seq.*), and under the general maritime law for general maritime negligence and unseaworthiness and for maintenance and cure. Venue is proper in accordance with 28 U.S.C. § 1391 (b)(1).

**PARTIES**

**II.**

Parties named herein are as follows:

A.   Named Plaintiff herein is:

1. **KEEGAN NACE**, an individual of the full age of majority, a resident of the State of Colorado and at all time s relevant to this Complaint, resided at 1358 Buttercup Road, Elizabeth, Colorado;

1

    B.    Named Defendant herein is:

        1.    **MARINE DIVING SOLUTIONS, LLC**, a Colorado company with their principal place of business at 21670 E. Geddes Pl, Centennial, Colorado and may be served with process at 21670 E. Geddes Pl, Centennial, Colorado.

### III.

At all times pertinent herein **MARINE DIVING SOLUTIONS, LLC** was the operator of a diver support vessel a vessel in navigation in the Cheesman Reservoir and S. Platte River, in the State of Colorado.

### FACTS

### IV.

At all times pertinent herein, Plaintiff, **KEEGAN NACE**, was employed by Defendant, **MARINE DIVING SOLUTIONS, LLC,** as a seaman, commercial diver and member of the crew of the diver support vessel, a vessel manned, provisioned and controlled by Defendant, **MARINE DIVING SOLUTIONS, LLC,** as the vessel was conducting diving operations in the Cheesman Reservoir and S. Platte River, in the State of Colorado.

### V.

In connection with his assignment aboard the diver support vessel Plaintiff **KEEGAN NACE** sustained during a dive from the vessel on 26 December 2018 oxygen toxicity, central nervous system decompression illness and/or arterial gas embolism during a working dive.

## VI.

Following his surfacing from the working dive Plaintiff, **KEEGAN NACE**, received no emergency hyperbaric recompression treatment as mandated by the United States Navy Diving Manual or as mandated by accepted commercial diving medical protocol and did not receive all other necessary care and/or treatment from appropriate medical personnel within the applicable standard of care.

## VII.

As a result of these injuries **KEEGAN NACE** suffered central nervous system damage as well as psychological damages, severe emotional trauma, loss of future life pleasures, and permanent impairment.

## VIII.

At all relevant times the diving operations conducted from, aboard, and supported by the diver support vessel was under the direct control of **MARINE DIVING SOLUTIONS, LLC**.

## CAUSES OF ACTION

## JONES ACT

## IX.

Plaintiff's damages were the proximate and direct result of the negligent acts or omissions of the Defendant, **MARINE DIVING SOLUTIONS, LLC** in its operation, implementation and planning of the tasks at hand and in the maintenance and operation of the vessel, Plaintiff's working conditions and in the supervision of and planning and direction of the work of the vessel's crews; additionally, and more specifically, **MARINE DIVING SOLUTIONS, LLC** was negligent in failing to:

1. Properly equip, man, provision, maintain and operate the vessel under its control and appurtenances and equipment;

2. Properly and reasonably select and implement an overall plan to complete the tasks at hand in a safe and non-hazardous manner;

3. Provide Plaintiff with a safe and non-hazardous workplace;

4. Provide training and instruction to Plaintiff's fellow crewmembers;

5. Provide Plaintiff with appropriate decompression and medical treatment following dive of 26 December 2018;

6. Properly plan and execute Plaintiff's dive of 26 December 2018;

7. Provide Plaintiff with appropriate medical care and treatment following the manifestation of his illness on 26 December 2018;

8. Provide Plaintiff safe and proper transportation commensurate with the nature of his decompression illness;

9. Provide Plaintiff with a safe place to work and a seaworthy vessel;

10. Provide proper communications from worksite to medical providers;

11. Have in place a proper emergency protocol for the treatment of divers;

12. Have in place sufficient Job Safety Analysis protocol as is required in the commercial diving industry;

13. Have in place a training protocol of marine diving solutions employees;

14. Have safe dive equipment at location; and

15. All other acts, omissions and errors as provided in Marine Diving Solutions "Cheesman Dam Diving Incident report December 26, 2018", a copy of which is attached to this Complaint as Exhibit "1" and Denver Water

Meeting Minutes, a copy of which is attached to this Complaint as Exhibit "2".

**X.**

As a direct result of the negligence aforementioned, Plaintiff, **KEEGAN NACE** has, in addition to the aforementioned damages, sustained a disability, incurred and will continue to incur in the future, pain and suffering, loss of wages, found, fringe benefits, earning capacity and has incurred and will incur in the future, medical expenses and other financial losses, for which he is entitled to recover from **MARINE DIVING SOLUTIONS, LLC**.

**GENERAL MARITIME LAW**

**UNSEAWORTHINESS and NEGLIGENCE**

**XI.**

At all times pertinent hereto, Defendant, **MARINE DIVING SOLUTIONS, LLC**, owned, controlled, operated, provisioned and manned the diver support vessel upon which **KEEGAN NACE** was assigned.

**XII.**

Under the General Maritime Law, it was the duty of Defendant, **MARINE DIVING SOLUTIONS, LLC**, to furnish Plaintiff, **KEEGAN NACE**, with a safe place in which to work and with safe gear, appurtenances, equipment, a properly manned and maintained vessel and to conduct operations aboard the vessel in a safe and proper manner; in connection with Plaintiff's injuries and disability, **MARINE DIVING SOLUTIONS, LLC**, was negligent in the operation, manning, maintenance and provisioning of the diver support vessel and its operations during the month of December 2018.

### XIII.

Plaintiff avers that through the actions and/or inactions of **MARINE DIVING SOLUTIONS, LLC**, that the diver support vessel on which Plaintiff was assigned was rendered unseaworthy.

### XIV.

The injuries, disabilities and damages sustained by Plaintiff in the aforementioned paragraphs of this Complaint were caused by the unseaworthy condition of the diver support vessel on which Plaintiff was assigned during his employment for **MARINE DIVING SOLUTIONS, LLC** and by the negligence of **MARINE DIVING SOLUTIONS, LLC** in the manning, maintenance, provision, control, equipping and operation of said vessel and Defendant's operations.

### MAINTENANCE AND CURE

### XV.

As an employee and seaman of **MARINE DIVING SOLUTIONS, LLC** Plaintiff, **KEEGAN NACE**, is entitled under the General Maritime Law to the payment of maintenance and cure until his reaching of maximum medical cure. As of the drafting of this Complaint, **MARINE DIVING SOLUTIONS, LLC** has failed to pay adequate maintenance and cure after being so advised of the needs of Plaintiff.

### DAMAGES

### XVI.

The injuries sustained by Plaintiff have resulted in the loss of earning capacity, physical pain and mental anguish and other damages, both past and future, all of which will be shown at the trial of this matter.

## JURY TRIAL

## XVII.

Plaintiff, **KEEGAN NACE**, desires and is entitled to a trial by jury on the issues sued upon herein.

**WHEREFORE,**

1. Plaintiff, **KEEGAN NACE**, prays for judgment against Defendant, **MARINE DIVING SOLUTIONS, LLC,** in an amount as may be proper in the premises, and for all costs and disbursements in this action, and for all general and equitable relief;

2. Plaintiff, **KEEGAN NACE**, also prays for judgment against **MARINE DIVING SOLUTIONS, LLC** for the payment of appropriate medical care and rehabilitation and for appropriate living expenses due Plaintiff under the law;

3. Plaintiff, **KEEGAN NACE**, further prays for trial by jury.

Respectfully submitted,

**DELISE & HALL**

   s/Bobby J. Delise
**BOBBY J. DELISE T.A.**
5190 Canal Blvd., Suite 103
New Orleans, LA. 70124
Telephone: (504) 836-8000
Telecopier: (504) 836-8020
bdelise@divelawyer.com

- AND –

8

**BAHUS & SCHANKER, L.L.C.**

**s/ J. Howard Thigpen**
J. Howard Thigpen, Esq., No. 45897
BACHUS & SCHANKER, L.L.C.
1899 Wynkoop Street, Suite 700
Denver, Colorado 80202
Phone: (303) 893-9800
Direct: (303) 586-5435
Fax: (303) 893-9900
howard.thigpen@coloradolaw.net

**Counsel for Plaintiff,**
**KEEGAN NACE**

**WAIVE SERVICE AT THIS TIME FOR:**

**MARINE DIVING SOLUTIONS, LLC**